**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x
**R.J., ON BEHALF OF HERSELF AND ON BEHALF OF HER MINOR CHILD A.J,**
                    *Plaintiffs*,

    -against-

**NEW YORK CITY DEPARTMENT OF EDUCATION, THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, CHANCELLOR DAVID BANKS, in his official capacity, and THE CITY OF NEW YORK.,**
                    *Defendants*.
------------------------------------------------------------------- x

**1:24-CV-04365 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court directs the Plaintiffs to respond to the letter motion for conference at ECF No. 9 and state their position regarding the contemplated partial motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) in this action by Tuesday, August 27, 2024.

**SO ORDERED.**

**Dated:**     **August 23, 2024**
            **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**