**THE LAW OFFICE OF**
# ELISA HYMAN, P.C.

**MEMO ENDORSED**

August 25, 2022

*VIA ECF*
The Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __August 26, 2024__

     Re:    *R.J. o/b/o A.J. v. New York City Department of Education, et al. 24-CV-4365 (ALC)*

Dear Judge Carter:

    My firm represents the Plaintiffs in this action. Plaintiffs respectfully request a two-day extension of time to August 29, 2024, to respond to Defendants' pre-motion letter dated August 22, 2024 (ECF No. 9) concerning Defendants' contemplated partial motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). As per Your Honor's order dated August 23, 2024, the current deadline is August 27, 2024. ECF No. 10. This is Plaintiffs' first request for an extension.

    The reason for this request is that Erin O'Connor, the attorney assigned to this matter, is out of the country and returning next week on August 27, 2024. As such, Plaintiffs are requesting two additional days until August 29, 2024, to respond to Defendants' letter.

    Thank you for Your Honor's consideration of this request.

                                  Respectfully submitted,

                                  /s/ *Elisa Hyman*
                                Elisa Hyman

cc: All Counsel of Record

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

August 26, 2024
New York, NY